A89A2145. RADFORD v. MAYOR & ALDERMEN OF
SAVANNAH.
(407 SE2d 495)

MCMURRAY, Presiding Judge.
The Supreme Court of Georgia in *Mayor &c. of Savannah v. Radford*, 261 Ga. 129 (401 SE2d 709), having reversed this Court's

prior judgment in this case, the judgment of this Court in *Radford v. Mayor &c. of Savannah*, 194 Ga. App. 839 (392 SE2d 23) is reversed and the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Carley and Beasley, JJ., concur.*

DECIDED JUNE 17, 1991.

*Ashman & Zipperer, Alex L. Zipperer, Ralph R. Lorberbaum*, for appellant.

*Friedman, Haslam, Weiner & Ginsberg, Patrick T. O'Connor, Wiseman, Blackburn & Futrell, James B. Blackburn*, for appellee.